STATE OF MAINE
CUMBERLAND, ss

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. CV-00-640

Jun 22   □ 13 AM '01 CUM - CUM - 6/22/2001

CHERYL A. HOLMES, et al.,

Plaintiffs

ORDER ON DEFENDANT
GABRIEL'S MOTION FOR
RECONSIDERATION

v.

GERRY CONNELLY, et al.,

Defendants

The defendant Gabriel's motion to set aside default was denied based on an initial determination that he failed to show a "good excuse for untimeliness in pleading." Thomas v. Thompson, 653 A.2d 417, 419 (Me. 1995); M.R. Civ. P. 55(c). Defendant Gabriel's attorney requested until 12/22/00 to file an answer. See Hirshon Affidavit, Ex. A. Prior to that date, the defendant's attorney requested a dismissal of the complaint against defendant Gabriel. See id., Ex. D. The fact that the plaintiffs' attorney did not respond to that request until their letter of 2/15/01 lends support to Attorney Hirshon's understanding that there was an informal agreement regarding an indefinite extension to serve an answer. See id. ¶ 5 & Ex. E. Although the plaintiffs' attorney's letter of 2/15/01 should have been responded to immediately upon Attorney Hirshon's return from vacation, that delay does not constitute gross neglect. See id. ¶ 11; Thomas, 653 A.2d at 420.

The defendant has shown the existence of a meritorious defense. See Hirshon Affidavit, ¶ 3; Thomas, 653 A.2d at 420. There is no showing of prejudice

1

to the plaintiffs if the default is set aside. <u>See</u> <u>Erskine v. Comm'r of Corr.</u>, 682 A.2d 681, 684 (Me. 1996); <u>Thomas</u>, 653 A.2d at 420.

The entry is

Defendant Gabriel's Motion for Reconsideration is GRANTED.

Defendant Gabriel's Motion to Set Aside Default is GRANTED.

Defendant Gabriel's Motion for Leave to File Late Pleading is GRANTED.

Plaintiffs' Motion for Default Judgment is DENIED.

Date: June 21, 2001

Nancy Mills
Justice, Superior Court

2

Date Filed __10-27-00__ __CUMBERLAND__ Docket No. __CV 00-640__
County

Action ___CONTRACT___

CHERYL A. HOLMES
CHARLES E. EDWARDS

GERRY CONNELLY
MADISON HEIGHTS ASSOCS., INC.
JAMES CUMMINGS
JAMES E. CUMMINGS, INC. -DISMISSED
JIMINO PLUMBING & HEATING, INC.
WILLIAM GABRIEL
ACRES OF COLORS
vs RON RILEY

Plaintiff's Attorney

MICHAEL A. CUNNIFF, ESQ   791-3000
PO BOX 9546, PORTLAND ME 04112

Defendant's Attorney
Lawrence R. Sawyer,Esq (Cummings&Cummings
    LAURENCE MINOTT ESQ (CUMMINGS/CUMMING

Louis B. Butterfield,Esq. (Jimino
Plumbing&Heating,Inc.)

Ron Riley(Pro Se)
1135 Roosevelt Trail, Raymond 04071
Elizabeth G. Strouder,Esq
P.O.Box 9545(774-7474)
Portland,ME.04112(Connelly&Madison Heights)
DAVID HIRSHON/MARSHALL TINKLE (Gabriel)
PO BOX 15060 PM 04112-5060 874-7600

| Date of Entry | |
|---|---|
| 2000 Oct. 30 | Received 10-27-00: |